IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **DAMON EARL LEWIS**<br>　　**TDCJ-CID #1140890,**<br>　　　　**Petitioner,** | §<br>§<br>§ | |
| **V.** | § | **C.A. NO. C-07-290** |
| | § | |
| **NATHANIEL QUARTERMAN,**<br>　　　　**Respondent.** | §<br>§<br>§ | |

## MEMORANDUM OPINION AND ORDER OF TRANSFER

This is a habeas action filed by a state prisoner incarcerated at the McConnell Unit in Beeville, Texas (D.E. 1). Petitioner states that in December 2002 he was convicted of aggravated sexual assault of a child and indecency with a child in the Eighth Judicial District Court for Hopkins County, Texas (*Id.*).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); <u>Wadsworth v. Johnson</u>, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Corpus Christi Division of the Southern District of Texas, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in the Sherman Division of the Eastern District of Texas. 28 U.S.C. § 124(c)(3).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been

brought.  28 U.S.C. §§ 1404(a) and 1406(a).  Because petitioner was convicted in Hopkins County, it is more convenient for this action to be handled in the Sherman Division of the Eastern District of Texas.  The records of his conviction, the prosecutor and defense lawyer, and the witnesses are all located in the Sherman Division of the Eastern District of Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Eastern District of Texas, Sherman Division.  All pending motions are denied without prejudice, subject to re-urging after this action is transferred.

ORDERED this 5th day of July, 2007.

.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE